# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAVELLIER & ASSOCIATES, INC., a Nevada corporation, and<br>LOUIS NAVELLIER, an individual<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　　　Defendant. | Civil Action No. 3:21-cv-00395<br><br><br>**ORDER** |

1

GOOD CAUSE APPEARING, Plaintiffs' Motion for Extension to March 29, 2022 for Plaintiffs to file their Opposition to Defendant's Motion to Dismiss is **GRANTED**.

IT IS FURTHER ORDERED that the time for Defendant to file its reply pleadings is extended to April 8, 2022.

Dated: March 23, 2022

_____
Judge, United States District Court

## **CERTIFICATE OF SERVICE**

I certify that on March 22, 2022, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to the attorneys of record.

Dated: March 22, 2022                                    /s/ Samuel Rolnick
                                                             Samuel Rolnick