# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **NAVELLIER & ASSOCIATES, INC. AND LOUIS NAVELLIER**, <br><br> Plaintiffs, <br><br> vs. <br><br> **U.S. SECURITIES AND EXCHANGE COMMISSION**, <br><br> Defendant. | Case No. 3:21-cv-00395-ART-CSD <br><br> **ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, Defendant's Stipulated Motion to Extend Time to Respond to the First Amended Complaint ("FAC") (ECF No. 43) is **GRANTED**;

IT IS FURTHER ORDERED that Defendant shall have to and including October 24, 2025 to respond to the FAC.

IT IS SO ORDERED.

DATED: September 5, 2025

_____
Anne R. Traum
United States District Judge