UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**NAVELLIER & ASSOCIATES, INC. AND LOUIS NAVELLIER**,

    Plaintiffs,

vs.

**U.S. SECURITIES AND EXCHANGE COMMISSION**,

    Defendant.

Case No. 3:21-cv-00395-ART-CSD

**ORDER**

    GOOD CAUSE HAVING BEEN SHOWN, Defendant's Unopposed Motion to Stay the Deadline to Respond to the First Amended Complaint ("FAC") Due to a Lapse of Appropriations is **GRANTED**;

    IT IS FURTHER ORDERED that (1) the current deadline of October 24, 2025 to file a motion to dismiss or otherwise respond to the FAC, see ECF 44, is **STAYED**; (2) the Commission shall notify the Court when appropriations have been restored to the Commission; and (3) the deadline for the Commission to file a motion to dismiss or otherwise respond to the FAC shall be extended commensurate with the duration of the lapse of appropriations, i.e., should the lapse of appropriations last for seven days, the Commission's deadline to respond to the FAC shall be extended by seven days.

    IT IS SO ORDERED:

DATED: October 1, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE