UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NAVELLIER & ASSOCIATES, INC., a Nevada corporation, and LOUIS NAVELLIER, an individual<br><br>               Plaintiffs,<br>  v.<br><br>SECURITIES AND EXCHANGE COMMISSION<br><br>               Defendant. | Civil Action No. 3:21-cv-00395-ART-CSD<br><br>**ORDER GRANTING**<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR SEVEN-DAY EXTENSION TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Complaint filed August 31, 2021 |

1

Plaintiff hereby moves for a seven (7) day unopposed extension from Monday, December 22, 2025, to Monday, December 29, 2025, to file his pleadings in opposition to Defendant's Motion to Dismiss. (Docket No. 48)

Plaintiffs' counsel has been and will be preoccupied with out-of-town family who are visiting for the holidays and therefore the undersigned does not have time to complete the opposition and therefore requests a seven-day extension.

The undersigned conferred today with opposing counsel, Eric Reicher, who agreed that he did not oppose the seven-day extension.

Therefore, counsel requests that the Court extend the time for filing opposition to the Motion to Dismiss to December 29, 2025.

                                                               Respectfully submitted,

Dated: December 19, 2025                    /s/ Samuel Kornhauser
                                                            Samuel Kornhauser

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: December 22, 2025